

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00212-CV

Earl **HARPER**,
Appellant

v.

**CREDITO REAL BUSINESS CAPITAL**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23243
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's May 5, 2021 order denying appellant Earl Harper's motion to dismiss under the Texas Citizens Participation Act is AFFIRMED. Appellee Credito Real Business Capital's "Motion to Strike and Dismiss Appellant's Reply Brief" is DENIED AS MOOT.

We ORDER appellant Earl Harper to pay the costs of this appeal.

SIGNED July 20, 2022.

Luz Elena D. Chapa, Justice